UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY MARTELL SANDERS,
  a/k/a "Money," "Big Money," "Money G," "Pooh,"
AMON SUDAN SANDERS-OUTLAW,
  a/k/a "Baby Money," and
JAVON BRIDGEFORTH HOUSE,      **INDICTMENT**

    Defendants.
_____/

The Grand Jury charges:

### COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

From in or about July 2022 to April 2023, in Kent County and Branch County, in the Western District of Michigan, Southern Division, and elsewhere, the defendants,

ANTHONY MARTELL SANDERS, a/k/a "Money," "Big Money," "Money G," "Pooh,"
AMON SUDAN SANDERS-OUTLAW, a/k/a "Baby Money,"
and
JAVON BRIDGEFORTH HOUSE,

knowingly and intentionally agreed and conspired with each other and with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a mixture or substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl]

propanamide (fentanyl), a Schedule II controlled substance, and a mixture or substance containing a detectable amount of ADB-BUTINACA, a positional isomer of AB-PINACA, and a Schedule I controlled substance,

Mandatory Minimum Quantities

With respect to defendant ANTHONY MARTELL SANDERS, a/k/a "Money," "Big Money," "Money G," "Pooh," the grand jury alleges that the amount of controlled substance involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other coconspirators reasonably foreseeable to him, is 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(B)(vi)
21 U.S.C. § 841(b)(1)(C)
21 C.F.R. § 1308.11(d)(70)

## COUNT 2
(Distribution of ADB-BUTINACA)

On or about July 22, 2022, in Branch County, in the Western District of Michigan, Southern Division, the defendant,

ANTHONY MARTELL SANDERS, a/k/a "Money," "Big Money," "Money G," "Pooh," knowingly and intentionally distributed, a mixture or substance containing a detectable amount of ADB-BUTINACA, a positional isomer of AB-PINACA, and a Schedule I controlled substance, and aided and abetted others in the same offense.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 C.F.R. § 1308.11(d)(70)
18 U.S.C. § 2

## COUNT 3
(Distribution of Methamphetamine)

On or about February 16, 2023, in Kent County, in the Western District of Michigan, Southern Division, the defendants,

ANTHONY MARTELL SANDERS, a/k/a "Money," "Big Money," "Money G," "Pooh,"
and
JAVON BRIDGEFORTH HOUSE,

knowingly and intentionally distributed, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted each other in the same offense.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT 4
(Distribution of Methamphetamine)

On or about February 21, 2023, in Kent County, in the Western District of Michigan, Southern Division, the defendants,

ANTHONY MARTELL SANDERS, a/k/a "Money," "Big Money," "Money G," "Pooh,"
and
JAVON BRIDGEFORTH HOUSE,

knowingly and intentionally distributed, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted each other in the same offense.

With respect to defendant ANTHONY MARTELL SANDERS, a/k/a "Money," "Big Money," "Money G," "Pooh," the grand jury alleges that the amount of controlled substance involved in this offense attributable to the defendant is 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT 5
(Distribution of Fentanyl)

On or about February 28, 2023, in Kent County, in the Western District of Michigan, Southern Division, the defendants,

ANTHONY MARTELL SANDERS, a/k/a "Money," "Big Money," "Money G," "Pooh,"
and
AMON SUDAN SANDERS-OUTLAW, a/k/a "Baby Money,"

knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and aided and abetted each other in the same offense.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT 6
(Distribution of Fentanyl)

On or about March 2, 2023, in Kent County, in the Western District of Michigan, Southern Division, the defendants,

ANTHONY MARTELL SANDERS, a/k/a "Money," "Big Money," "Money G," "Pooh,"
and
AMON SUDAN SANDERS-OUTLAW, a/k/a "Baby Money,"

knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and aided and abetted each other in the same offense.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

**COUNT 7**
(Distribution of Methamphetamine)

On or about March 9, 2023, in Kent County, in the Western District of Michigan, Southern Division, the defendants,

ANTHONY MARTELL SANDERS, a/k/a "Money," "Big Money," "Money G," "Pooh,"
and
AMON SUDAN SANDERS-OUTLAW, a/k/a "Baby Money,"

knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted each other in the same offense.

With respect to defendant ANTHONY MARTELL SANDERS, a/k/a "Money," "Big Money," "Money G," "Pooh," the grand jury alleges that the amount of controlled substance involved in this offense attributable to the defendant is 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance,

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT 8
(Distribution of Methamphetamine)

On or about March 16, 2023, in Kent County, in the Western District of Michigan, Southern Division, the defendants,

ANTHONY MARTELL SANDERS, a/k/a "Money," "Big Money," "Money G," "Pooh,"
and
AMON SUDAN SANDERS-OUTLAW, a/k/a "Baby Money,"

knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted each other in the same offense.

With respect to defendant ANTHONY MARTELL SANDERS, a/k/a "Money," "Big Money," "Money G," "Pooh," the grand jury alleges that the amount of controlled substance involved in this offense attributable to the defendant is 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance,

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

# COUNT 9
(Possession With Intent to Distribute Methamphetamine)

On or about April 4, 2023, in Kent County, in the Southern Division of the Western District of Michigan, the defendant,

JAVON BRIDGEFORTH HOUSE,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 10
(Felon in Possession of Firearms)

On or about April 4, 2023, in Kent County, in the Southern Division of the Western District of Michigan, the defendant,

JAVON BRIDGEFORTH HOUSE,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a stolen, loaded Phoenix Arms .22 caliber pistol, and a stolen, loaded Glock Model 26 9 mm pistol, and each firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

**FORFEITURE ALLEGATION**
(Conspiracy to Distribute a Controlled Substance, Distribution of a Controlled Substance, Possession with Intent to Distribute a Controlled Substance,)

The allegations contained in Counts 1 through 9 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of any offense in violation of 21 U.S.C. § 846 or 21 U.S.C. § 841, set forth in Counts 1 through 9 of this Indictment, the defendants,

ANTHONY MARTELL SANDERS, a/k/a "Money," "Big Money," "Money G," "Pooh,"
AMON SUDAN SANDERS-OUTLAW, a/k/a "Baby Money,"
and
JAVON BRIDGEFORTH HOUSE,

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

1. CURRENCY:

    a. $641 in U.S. Currency seized during the execution of a search warrant at an apartment where ANTHONY MARTELL SANDERS resided on Coit Avenue NE in Grand Rapids, Michigan on April 4, 2023;

    b. $1,000 in U.S. Currency seized during the execution of a search warrant at a house where JAVON BRIDGEFORTH HOUSE resided on Delaware Street SE in Grand Rapids, Michigan on April 4, 2023; and

    c. $2,066 seized from AMON SUDAN SANDERS-OUTLAW's person during his arrest in Grand Rapids, Michigan on April 4, 2023.

2. JEWELRY:

    a. The following items of jewelry seized during the execution of a search warrant at an apartment where ANTHONY MARTELL SANDERS resided on Coit Avenue NE in Grand Rapids, Michigan on April 4, 2023:

        i. One silver Rolex watch; and

        ii. One pair of Cartier eyeglasses.

3. SUBSTITUTE ASSETS: If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

21 U.S.C. § 853(a)(1), (2), (p)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
VITO S. SOLITRO
Assistant United States Attorney